IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KIMBERLEE FATH,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:12-cv-1755-O |
| § | |
| **BAC HOME LOANS and** § | |
| **RECONSTRUCT COMPANY, NA** § | |
| **CORPORATION,** § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** on this **25th day** of **June, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE