IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLEE FATH,<br><br>     Plaintiff,<br><br>v.<br><br>BAC HOME LOANS and<br>RECONSTRUCT COMPANY, NA<br>CORPORATION,<br><br>     Defendants. | § § § § § § § § § § § § § | Civil Action No. 3:12-cv-1755-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** on this **25th day** of **June, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE